UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC W. HOLLOMAN,

    Plaintiff,

vs.                                        Case No.  3:08-cv-309-J-32MCR

I.M. SULZBACHER DENTAL CENTER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's pro se Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a Motion to Proceed In Forma Pauperis. On April 11, 2008, the undersigned entered an Order taking Plaintiff's request to proceed in forma pauperis under advisement and directing Plaintiff to file an amended complaint no later than April 25, 2008. (Doc. 5). Plaintiff was warned that "[f]ailure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id. Plaintiff failed to file an amended complaint and therefore, on April 29, 2008, the undersigned entered an Order to Show Cause (Doc. 6) directing Plaintiff to show cause why the case should not be dismissed for failing to comply with the Court's Order and failure to prosecute. Again, this Order cautioned that if Plaintiff did not respond, the undersigned would

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

"recommend that this action be dismissed pursuant to Local Rule 3.01(a)." Id. Plaintiff was to respond no later than May 12, 2008. Id.

Plaintiff did not respond to the Order to Show Cause. Therefore, it is respectfully

**RECOMMENDED**:

that this case be dismissed for failure to prosecute.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this 15th day of May, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Timothy J. Corrigan,
   United States District Judge

Pro Se Plaintiff