**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERIC W. HOLLOMAN,

        Plaintiff,

vs.                                        Case No. 3:08-cv-309-J-32MCR

I.M. SULZBACHER DENTAL CENTER,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint by April 25, 2008 and warned plaintiff that failure to comply could result in the Magistrate Judge recommending that his complaint be dismissed without prejudice to filing a paid complaint (Doc. 5).[1] Plaintiff failed to file an amended complaint or any other response to the Court's Order and on April 29, 2008, the Magistrate Judge issued an Order to Show Cause (Doc. 6) directing plaintiff to show cause by May 12, 2008 as to why his complaint should not be dismissed for failure to comply with the Court's Order and failure to prosecute. Plaintiff failed to respond and on May 15, 2008, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to

---

[1] The Magistrate Judge directed plaintiff to file an amended complaint because his filing contained insufficient factual or legal grounds to state a claim.

prosecute without prejudice to plaintiff filing a paid complaint (Doc. 7). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 7), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 7) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. This case is dismissed without prejudice to plaintiff paying the filing fee to maintain the prosecution of this suit no later than **July 15, 2008**. The Clerk shall close the file now, subject to reopening if plaintiff pays the filing fee by the July 15, 2008 deadline.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of June, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff

2